UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Williams, | : |
| Plaintiff, | : Civil Action No.: 1:11-cv-06709 (JSR) |
| v. | : |
| Credigy Receivables, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Williams hereby withdraws his complaint against Credigy Receivables, Inc., and dismisses this action without prejudice. Plaintiff respectfully requests that the Court terminate this action.

Dated: November 30, 2011

> Respectfully submitted,
> By: /s/ Sergei Lemberg
> Sergei Lemberg (SL 6331)
> Lemberg & Associates L.L.C.
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905
> Telephone: (203) 653-2250
> Facsimile: (203) 653-3424
> Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2011, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg
                                               Sergei Lemberg, Esq.